IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PATTERSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>T. E. SMITH, et al.,<br><br>    Defendants.<br>_____/ | 1:11-cv-01552-GSA (PC)<br><br>ORDER TO SUBMIT NEW APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis and a certified copy of his prison trust account statement, pursuant to 28 U.S.C. § 1915.  However, Plaintiff did not submit the application on the correct form.

Therefore, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action.  Plaintiff is not required to submit another copy of his trust account statement.

**No requests for extension will be granted without a showing of good cause**.

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   September 15, 2011              /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE